### J. E. H. L. MANNING v. THE STATE.

On the trial of an indictment for gaming, the State proved that the act had been committed, but failed to prove that it was committed within one year before the finding of the indictment. *Held*, that a verdict of guilty was not warranted by the evidence.

APPEAL from Rusk. Tried below before the Hon. J. B. Williamson.

There was no proof when the gaming was done.

*J. H. Jones* and *Moore & Shelley*, for appellant.

*Wm. Alexander*, *Attorney General*, for the State.

WALKER, J.—In this case the State failed on the evidence. The charge of the court was erroneous to a singular degree. Had the jury followed it, their verdict must have been still more erroneous than it is.

That portion of the charge to which we allude reads as follows : "If you find him guilty, you will assess a fine in any sum not less than —— dollars, and not more than five dollars."

Whether the court charges the jury in this language, or whether the clerk has so garbled the copy which he sends us in the record, is a matter only of conjecture. *Sed sic scriptum est.*

The Attorney General declines an application for *certiorari*, and we are unable to do more or less than to reverse the judgment and dismiss the case.

REVERSED AND DISMISSED.